# United States Court of Appeals
## For the First Circuit

---

Nos. 07-1205
     07-1398

UNITED STATES OF AMERICA,

Appellee,

v.

RENÉ VÁZQUEZ-BOTET, M.D. and
MARCOS MORELL-CORRADA,

Defendants, Appellants.

---

ERRATA SHEET

The opinion of this Court issued on July 9, 2008, is amended as follows:

On page 8, line 5:  change "would" to "to."

On page 51, line 7: change "stem" to "stems."